## United States Bankruptcy Court
### Western District of Pennsylvania

In re    **Arkham Realty and Property Management Limited Liability Company**          Case No. _____

                                        Debtor(s)                    Chapter    11 _____

# STATEMENT REGARDING AUTHORITY TO SIGN AND FILE PETITION

I, **Stefan W. Nitsch**, declare under penalty of perjury that I am the **Managing Member** of **Arkham Realty and Property Management Limited Liability Company**, and that the following is a true and correct copy of the resolutions adopted by the Board of Directors of said corporation at a special meeting duly called and held on the __ day of __, 20__.

"Whereas, it is in the best interest of this corporation to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 11 of Title 11 of the United States Code;

Be It Therefore Resolved, that **Stefan W. Nitsch, Managing Member** of this Corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter **11** voluntary bankruptcy case on behalf of the corporation; and

Be It Further Resolved, that **Stefan W. Nitsch, Managing Member** of this Corporation is authorized and directed to appear in all bankruptcy proceedings on behalf of the corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the corporation in connection with such bankruptcy case, and

Be It Further Resolved, that **Stefan W. Nitsch, Managing Member** of this Corporation is authorized and directed to employ **Donald R. Calaiaro**, attorney and the law firm of **Calaiaro Valencik** to represent the corporation in such bankruptcy case."

Date _____3/4/26_____          Signed _____

                                         Stefan W. Nitsch

Resolution of Board of Directors
of
**Arkham Realty and Property Management Limited Liability Company**

Whereas, it is in the best interest of this corporation to file a voluntary petition in the the United States Bankruptcy Court pursuant to Chapter 11 of Title 11 of the United States Code;

Be It Therefore Resolved, that **Stefan W. Nitsch, Managing Member** of this Corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter 11 voluntary bankruptcy case on behalf of the corporation; and

Be It Further Resolved, that **Stefan W. Nitsch, Managing Member** of this Corporation is authorized and directed to appear in all bankruptcy proceedings on behalf of the corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the corporation in connection with such bankruptcy case, and

Be It Further Resolved, that **Stefan W. Nitsch, Managing Member** of this Corporation is authorized and directed to employ **Donald R. Calaiaro,** attorney and the law firm of **Calaiaro Valencik** to represent the corporation in such bankruptcy case.

Date _____3/4/21_____        Signed _____

Date _____        Signed _____