**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **IN RE:** | ) **Case No.** 26-20610-CMB |
| Arkham Realty and Property Management) | |
| Limited Liability Company | ) |
| | ) **Chapter** 11 |
| **Debtor,** | ) |
| Arkham Realty and Property Management) | |
| Limited Liability Company | ) |
| | ) |
| **Movant,** | ) |
| | ) |
| | ) |
| **No Respondent.** | ) **Document No.** |

**MOTION TO EXTEND THE COMPLETION DATE**

**AND NOW,** come the Debtor, Arkham Realty and Property Management Limited Liability Company, by and through its attorneys, Calaiaro Valencik and David Z. Valencik, and respectfully request that this Honorable Court enter an order granting an extension of time of fourteen (14) days to complete its required bankruptcy filings, and present the following in support:

1.      Arkham Realty and Property Management Limited Liability Company filed a voluntary petition for relief under chapter 11 of title 11 of the United States Code, 11 U.S.C. § 101 *et seq*. (as amended, the "Bankruptcy Code"), on March 4, 2026, in the United States Bankruptcy Court for the Western District of Pennsylvania.

2.      On the date the bankruptcy was filed, the Petition, Schedules, Statement of Financial Affairs, and related documents were not completed, and the Clerk of Courts issued a notice of deficiency.

3.      The deadline to complete the Petition, Schedules, Statement of Financial Affairs, and related documents is March 18, 2026.

4.      The Debtor attended the Initial Debtor Interview on March 17, 2026.

5.      The Debtor has provided a significant amount of information to Counsel.

6.      Counsel sent the Debtor a list of information needed to complete the Schedules and Statement of Financial Affairs.

7.      The Debtor has not yet met with counsel in person to review a draft Petition, Schedules, Statement of Financial Affairs, and related documents and to supply the needed information.

8.      The Debtor is respectfully requesting that this Honorable Court extend the deadline to complete the required bankruptcy filings by an additional fourteen (14) days.

9.      The extension will allow the Debtor to provide the additional documentation and meet with Counsel and make any necessary edits and be able to sign the schedules and Statement of Financial Affairs under penalty of perjury.

10.     No parties will be prejudiced by this extension.

**WHEREFORE**, the Debtor requests that this Court grant an extension of fourteen (14) days to complete and file its Petition, Schedules, Statement of Financial Affairs, and other related documents.

**Respectfully submitted,**

**DATED:** March 18, 2026

**BY:** /s/ Donald R. Calaiaro
**Donald R. Calaiaro, Esquire**
**PA ID #27538**

**CALAIARO VALENCIK**
**555 Grant Street, Suite 300**
**Pittsburgh, PA  15219**
**(412) 232-0930**
**dcalaiaro@c-vlaw.com**